AO 91 (Rev. 11/82)           **CRIMINAL COMPLAINT**           ORIGINAL

| UNITED STATES DISTRICT COURT | CENTRAL DISTRICT OF CALIFORNIA |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>JEREMY DWAYNE YOUNG | DOCKET NO.<br><br>MAGISTRATE'S CASE NO. |

LODGED ED17-0144M
2017 APR -6 PM 3:06
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE
BY_____

FILED
CLERK, U.S. DISTRICT COURT
APR - 6 2017
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

Complaint for violation of Title 18, United States Code, Section 751(a)

| NAME OF MAGISTRATE JUDGE<br>HONORABLE SHERI PYM | UNITED STATES<br>MAGISTRATE JUDGE | LOCATION<br>Riverside, CA |
|---|---|---|
| DATE OF OFFENSE<br>MARCH 27, 2017 | PLACE OF OFFENSE<br>RIVERSIDE COUNTY | ADDRESS OF ACCUSED (IF KNOWN) |

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

On or about March 27, 2017, defendant Jeremy Dwayne Young escaped from the custody of the Attorney General, specifically from the custody of the Bureau of Prisons in the Central District of California.

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

(See attached affidavit which is incorporated as part of this Complaint)

MATERIAL WITNESSES IN RELATION TO THIS CHARGE: N/A

| Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT<br>**Charity Levells-Dohm**<br>OFFICIAL TITLE<br>Deputy U.S. Marshal - USMS |
|---|---|

Sworn to before me and subscribed in my presence,

| SIGNATURE OF MAGISTRATE JUDGE | DATE<br>April 6, 2017 |
|---|---|

AUSA Nathaniel B. Walker (951-276-6919)     REC: Detention

AFFIDAVIT

I, Charity Levells, being duly sworn, hereby declare and state as follows:

1. I am a Deputy United States Marshal with the United State Marshals Service ("USMS"). I have been so employed since December 1, 2010. I am currently assigned to the USMS Riverside Sub-Office in the Central District of California. I attended and completed 9 weeks of Deputy U.S. Marshals Service Training and 9 weeks of the Criminal Investigator Training Program. All of my training was conducted at the Federal Law Enforcement Training Center at Glynco, Georgia.

2. This affidavit is submitted in support of a criminal complaint and arrest warrant for Jeremy Dwayne Young ("YOUNG"), for a violation of Title 18, United States Code, Section 751(a), Escape from Custody. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested criminal complaint and arrest warrant and does not purport to set forth all of my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and

statements described in this affidavit are related in substance and in part only.

3. On or about April 3, 2017, I reviewed a Judgment and Commitment Order from the United States District Court for the Southern District of California in case number 3:15-cr-01212-BEN-1, which provided that YOUNG was convicted, on or about August 31, 2015, Transportation of Aliens For Financial Gain, in violation of Title 8, United States Code, Section 1324, and that the Honorable Roger T. Benitez, United States District Judge, sentenced YOUNG to 30 months in prison, to be followed by 3 years of supervised release.

4. Also, on or about April 3, 2017, Federal Bureau of Prisons ("BOP") employee Jeff Maston sent me BOP records concerning YOUNG. I reviewed those records and learned that YOUNG began his custodial sentence on April 4, 2015, and his projected release date was June 11, 2017. The BOP had permitted YOUNG to serve the final portion of his custodial sentence at Rubidoux Residential Reentry Center ("RRRC"), which is a halfway house located in Riverside, California, within the Central District of California. During his stay at the RRRC, YOUNG was to be in custody under, and by virtue of a process issued under, the laws of the United States.

5. Further, on or about April 3, 2017, I reviewed a Notice of Escaped Federal Prisoner information sheet sent to me by BOP employee Jeff Maston. Based on that review I learned the following information:

a. YOUNG is described as a Black male with black hair and brown eyes, born on April 4, 1983, weighing approximately 155 pounds, and measuring approximately five feet, ten inches tall.

b. On or about March 27, 2017, at approximately 11:10 p.m., YOUNG left the RRRC without permission of RRRC staff. The RRRC staff conducted standard procedures to locate YOUNG, including inquiring with local law enforcement and hospitals, but were unsuccessful in locating YOUNG. YOUNG was placed on "escaped" status at approximately 11:25 p.m. on April 3, 2017, and his whereabouts remain unknown.

///

///

6. Based on the foregoing, I respectfully submit that there is probable cause to believe that ~~LEMUS~~ Young has violated Title 18, United States Code, Section 751(a), Escape from Custody.

_____
Charity Levells
Deputy U.S. Marshal
Riverside, California

Subscribed and sworn to before me this 6th day of April, 2017.

_____
United States Magistrate Judge

4